MORRIS MARMOR, Respondent, v. LEO BERNSTEIN, BRENTFORD CONSTRUCTION CORPORATION and RUFORD CONSTRUCTION CORPORATION, Appellants.— The first cause of action is to recover moneys loaned to all the defendants on or prior to March 6, 1930. The second cause of action is to recover moneys alleged to have been embezzled by defendant Bernstein. Order denying defendants' motion for summary judgment reversed on the law and the facts, with ten dollars costs and disbursements, and the motion granted, with ten dollars costs. The first cause of action is not an action on a sealed instrument but is to recover the amount of loans which, on March 6, 1930, were acknowledged to have been made. Assuming that it can be proved that the instrument in which the acknowledgment is contained is a sealed instrument, the acknowledgment operates to revive the debt not for the period applicable to actions on sealed instruments but for the six-year period applicable to simple contracts. (*Gilmour* v. *Johnson*, 254 Mass. 294; 150 N. E. 87.) The first cause of action is, therefore, barred by lapse of time. As to the second cause of action, the documents and other evidence establish (1) that defendant Bernstein personally received no moneys from the mortgagee, and (2) that neither defendant Bernstein nor defendant Ruford Construction Corporation received from the mortgagee any moneys to which plaintiff was entitled. Hagarty, Johnston, Adel and Taylor, JJ., concur; Lazansky, P. J., dissents and votes to affirm the order.

MARIE MILLER and WILLIAM MILLER, Appellants, v. THE CITY OF NEW YORK, Respondent.— In an action to recover damages for personal injuries claimed to have been sustained by plaintiff Marie Miller as a result of falling in a hole in the gutter at the intersection of two streets, and by her husband for loss of services, judgment dismissing the complaint upon the merits, on the ground that the notice of intention to sue was insufficient, unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Hagarty, Johnston, Taylor and Close, JJ.

P. WALKER MORRISON, LAZARUS JOSEPH and LEON LEIGHTON, as Trustees under a Declaration of Trust Dated the 27th Day of March, 1936, and a Plan of Reorganization for Series B-K Mortgage Investments, Approved by an Order of the Supreme Court of the State of New York, Entered on the 19th Day of December, 1935, Appellants, v. NEW YORK RAPID TRANSIT CORPORATION and FAIRCROFT ENGINEERING CORPORATION, Respondents.— Action to recover damages for injury to plaintiffs' building, alleged to have been caused by respondents' negligence and by breach of an obligation to provide lateral support. Judgment unanimously affirmed, with costs. Appeal from decision dismissed. No opinion. Present — Lazansky, P. J., Carswell, Adel, Taylor and Close, JJ.